FILED/REC'D
2025 NOV -3 P 3:43
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

# ATTACHMENT 1

## COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

__Charles L. Walker__

vs

(Full name of defendant(s))

__Judge Jacob Frost__
__Dane County Child Support Agency__
__State of Wisconsin Department__
__of Children and Families__

Case Number:

__25    CV    907    JDP__

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of __Wisconsin__ and resides at
    (State)
    __P.O Box 44217 Madison WI 53744__
    (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant __Judge Jacob Frost etc.__
(Name)

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Dane County Circuit Court__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

__Documents Attached__

Documents Attached.

*UNITED STATES DISTRICT COURT  
WESTERN DISTRICT OF WISCONSIN

**25 CV 907 JDP**

Charles L. Walker  
Plaintiff,  
v.  
Hon. Judge Jacob Frost, in his individual and official capacity;  
Dane County Child Support Agency; and  
State of Wisconsin Department of Children and Families,  
Defendants.  
Case No. 2007PA676PJ

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 and 42 U.S.C. § 1983, as this action arises under the Constitution and laws of the United States.

2. Venue is proper under 28 U.S.C. § 1391(b) because the events giving rise to these claims occurred in Dane County, Wisconsin, within this District.

II. PARTIES

3. Plaintiff Charles Walker is an adult resident of Sun Prairie, Wisconsin.

4. Defendant Hon. Judge Jacob Frost is a circuit court judge for Dane County, Wisconsin, and at all relevant times acted under color of state law.

5. Defendant Dane County Child Support Agency is a county agency operating under Wisconsin law that enforces child support orders.

6. Defendant State of Wisconsin Department of Children and Families (DCF) oversees the state's child support enforcement system and implements policies relate to support and arrears collection.

III. FACTS

7. Plaintiff is disabled and receives Supplemental Security Income (SSI) as his sole source of income.

8. Under 42 U.S.C. § 407(a) and § 659, SSI benefits are not subject to legal process, attachment, or enforcement for child support or arrears.

9. In an early child support proceeding held in Dane County Circuit Court, Defendant Judge Jacob Frost acknowledged and set plaintiff ongoing support obligation at zero dollars ($0) based on plaintiff disability and lack of income.

10. During a zoom hearing, on May 19, 2023 the state's attorney informed the court that SSI is considered "no income" for child support purposes under federal and state law.

11. Despite this, the judge stated he would "count SSI as income anyway" and ordered Plaintiff to pay $134.00 starting June 01, 2023 per month toward arrears.

12. Plaintiff objected in writing to the Judge by fax May 31, 2023, citing Section 459 of Social Security Act (42 U.S.C. § 659), which distinguishes SSI from SSDI and explicitly excludes SSI from garnishment or enforcement for child support.

13. The judge later mailed Plaintiff a letter stating that "there is no law saying you cannot pay toward arrears," showing awareness that Plaintiff's only income was SSI.

14. In September 21, 2023, Defendant Judge issued a contempt order referencing a case from October 05, 2020, despite knowing Plaintiff's only income was SSI.

15. On January 10, 2025, Plaintiff was arrested and jailed under that contempt order for failure to pay child support.

16. At all relevant times, Plaintiff lacked the ability to pay and was punished solely for not using federally protected SSI benefits, in violation of federal law and the Constitution.

17. The contempt order and arrest warrant were issued in clear absence of jurisdiction, because federal law preempts any state authority to compel payment or punish nonpayment of SSI benefits.

## IV. CLAIMS FOR RELIEF

### Count I – Violation of Due Process (14th Amendment)

18. Defendants deprived Plaintiff of liberty and property without due process of law by enforcing a void child support order against SSI benefits.

19. This violated the 14th Amendment and the holding in Turner v. Rogers, 564 U.S. 431 (2011), which requires proof of ability to pay before imposing contempt for child support nonpayment. The Plaintiff file a motion on the day the plaintiff was arrested at the Dane County Courthouse on January 10, 2025 with attachment of the 2023 Dear Colleague Letter which states this as well.

### Count II – Violation of Federal Law Protecting SSI (42 U.S.C. §§ 407 & 659)

20. Defendants knowingly violated federal law that excludes SSI from any form of legal process to enforce support or arrears.

21. The Supreme Court in Philpott v. Essex County Welfare Board, 409 U.S. 413 (1973), held that Social Security benefits, including SSI, are immune from such actions.

Count III – Civil Rights Violation under 42 U.S.C. § 1983

22. Defendant Judge Jacob Frost, acting under color of law, knowingly and willfully issued orders contrary to federal law and due process.

23. By doing so in the face of clear statutory prohibitions and written notice from Plaintiff, the Judge acted in clear absence of all jurisdiction, removing judicial immunity under Stump v. Sparkman, 435 U.S. 349 (1978).

24. Defendant County and state agencies participated in and enforced these unlawful actions, constituting deprivation of Plaintiff's rights under color of state law.

V. DAMAGES

25. As a direct result of Defendants' actions, Plaintiff suffered:

• Unlawful arrest and incarceration;

•Emotional distress, humiliation, and loss of liberty; and
Interference with federally protected SSI benefits.

• Plaintiff seeks compensatory and punitive damages, costs, and any further relief deemed just and proper.

VI. RELIEF REQUESTED

Plaintiff respectfully asks this Court to:

A. Declare the contempt order void as contrary to federal law;

B. Award compensatory and punitive damages against all Defendants jointly and severally;

C. Issue injunctive relief prohibiting Defendants from enforcing child support or arrears against SSI;

D. Grant any other relief the Court deems proper.

Respectfully submitted,

Date: 11-03-2025
Signature: *Charles Walker*
Charles L. Walker

P.O Box 44217
Madison, Wi 53744
1(608)621-1477

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR     42 US.C 1983

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ 20 millios

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Award money and make it where no one has to be arrested for contempt if they recieve SSI Benefits

Documents

Attached

E.   JURY DEMAND

☑ Jury Demand - I want a jury to hear my case
         OR
☐ Court Trial - I want a judge to hear my case

Dated this __62__ day of __11__ 20__25__.

Respectfully Submitted,

*Charles Walk* (signature)
Signature of Plaintiff

__1608 621-1477__
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

__P.O Box 44217__
__Madison, WI 53744__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.